JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARR, | Case No. 2:22-cv-08359-MCS-PVC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BRIAN JOSEPH COTA and 10 UNKNOWN NAMED DEFENDANTS, 1-10, | |
| Defendants. | |

Pursuant to this Court's Order Granting Defendant's Motion to Dismiss, it is hereby ordered, adjudged, and decreed that judgment is entered on all claims in favor of Defendant Brian Joseph Cota and against Plaintiff James Carr. Plaintiff shall take nothing from his action. The action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 11, 2023

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1